*Friday, November 17, 2000*

## MOTION DOCKET

**00–1457.   State ex rel. Commt. for Referendum of Ordinance No. 3543–00 v. White.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus regarding an expedited election matter. Upon consideration of relators' motion for protective order,
   IT IS ORDERED by the court that the motion for protective order be, and hereby is, denied, because the motion was filed after the action complained of had occurred.

## DISCIPLINARY DOCKET

**92–422.   Columbus Bar Assn. v. Gaba.**
This matter came on for further consideration upon the filing on September 22, 2000, by respondent, Lawrence Charles Gaba, of a motion to purge contempt. Upon consideration thereof,
   IT IS ORDERED by this court that the motion be, and hereby is, granted, and that respondent is purged of contempt in this matter.

## MISCELLANEOUS DISMISSALS

**00–941.   In re Howard.**
Greene App. No. 98CA132. This cause is pending before the court as an appeal from the Court of Appeals for Greene County. It appears from the records of this court that appellant has not filed a merit brief, due November 13, 2000, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this case with the requisite diligence. Upon consideration thereof,
   IT IS ORDERED by the court that this cause be, and hereby is dismissed, *sua sponte.*
   IT IS FURTHER ORDERED that the appellee recover from the appellant its costs herein expended; and that a mandate be sent to the Court of Common Pleas for Greene County to carry this judgment into execution; and that a copy of this entry be certified to the Clerk of the Court of Appeals for Greene County for entry.

**00–1679.   Stop–26–Riverbend, Inc. v. Krichbaum.**
Mahoning App. No. 00CA153. This cause is pending before the court as an appeal from the Court of Appeals for Mahoning County. Upon consideration of appellants' application for dismissal,
   IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.
   ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.
   IT IS FURTHER ORDERED that the appellee recover from the appellants his costs herein expended; and that a mandate be sent to the Court of Appeals for Mahoning County to carry this judgment into execution; and that a copy of this entry be certified to the Clerk of the Court of Appeals for Mahoning County for entry.